IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                    CASE No.
                                                          11-10011-KKS

    IMOGENE L. KENT
    544 SE LAKESHORE BLVD
    BRANFORD, FL 32008


                    PRELIMINARY FINAL REPORT AND ACCOUNT

                                                    SS#1 - XXX-XX-0912


This Case was commenced on    This Plan was confirmed on    This Case was concluded on
01/19/2011                    07/26/2011                    02/17/2016

PAID IN FULL

      Your trustee has maintained a detailed record of all receipts, including the source
or other identification of each receipt and of all disbursements. Copies of these
detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of
    creditors, and including a debtor refund.

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| BACK BOWL I LLC | U | 1,262.06 | 217.48 | $0.00 | 1,044.58 |
| BANK OF AMERICA NA | O | 0.00 | 0.00 | $0.00 | 0.00 |
| BELK | W | 0.00 | 0.00 | $0.00 | 0.00 |
| CAPITAL CITY BANK | W | 0.00 | 0.00 | $0.00 | 0.00 |
| CAPITAL CITY BANK | U | 9,151.23 | 1,576.70 | $0.00 | 7,574.53 |
| CAPITAL ONE | W | 0.00 | 0.00 | $0.00 | 0.00 |
| CHASE | W | 0.00 | 0.00 | $0.00 | 0.00 |
| CHASE BANK USA, N.A. | U | 506.44 | 87.24 | $0.00 | 419.20 |
| CITICARDS | W | 0.00 | 0.00 | $0.00 | 0.00 |
| DAVIDS BRIDAL | W | 0.00 | 0.00 | $0.00 | 0.00 |
| DILLARDS | W | 0.00 | 0.00 | $0.00 | 0.00 |
| DISCOVER | W | 0.00 | 0.00 | $0.00 | 0.00 |
| DISCOVER BANK | U | 5,496.92 | 947.08 | $0.00 | 4,549.84 |
| ECAST SETTLEMENT CORPORAT | U | 1,825.81 | 314.61 | $0.00 | 1,511.20 |
| FINANCIAL GROUP, LLC | W | 0.00 | 0.00 | $0.00 | 0.00 |
| GAP | W | 0.00 | 0.00 | $0.00 | 0.00 |
| GE MONEY BANK | W | 0.00 | 0.00 | $0.00 | 0.00 |
| GE MONEY BANK | U | 189.26 | 32.61 | $0.00 | 156.65 |
| HSBC | W | 0.00 | 0.00 | $0.00 | 0.00 |
| IMOGENE L. KENT | | 0.00 | 0.00 | $0.00 | 0.00 |
| IMOGENE L. KENT | | 5.00 | 5.00 | $0.00 | 0.00 |
| JC PENNEY | W | 0.00 | 0.00 | $0.00 | 0.00 |
| KOHL'S | W | 0.00 | 0.00 | $0.00 | 0.00 |
| LVNV FUNDING LLC | U | 248.49 | 42.85 | $0.00 | 205.64 |

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| MACY'S | W | 0.00 | 0.00 | $0.00 | 0.00 |
| MICHAEL D. BRUCKMAN, ESQ. | A | 2,874.00 | 2,874.00 | $0.00 | 0.00 |
| MICHAEL D. BRUCKMAN, ESQ. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| MICHAEL D. BRUCKMAN, ESQ. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| MICHAEL D. BRUCKMAN, ESQ. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| MICHAEL D. BRUCKMAN, ESQ. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| MIDLAND FUNDING LLC | U | 1,004.01 | 172.97 | $0.00 | 831.04 |
| NCO FINANCIAL SYSTEMS, INC | U | 2,509.71 | 432.39 | $0.00 | 2,077.32 |
| PORTFOLIO RECOVERY ASSOCI | U | 346.13 | 59.67 | $0.00 | 286.46 |
| PRA RECEIVABLES MANAGEMEN | U | 602.72 | 103.86 | $0.00 | 498.86 |
| PRA RECEIVABLES MANAGEMEN | U | 2,210.03 | 380.74 | $0.00 | 1,829.29 |
| PRA RECEIVABLES MANAGEMEN | U | 738.13 | 127.18 | $0.00 | 610.95 |
| PRA RECEIVABLES MANAGEMEN | U | 953.39 | 164.27 | $0.00 | 789.12 |
| SEARS | W | 0.00 | 0.00 | $0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | W | 0.00 | 0.00 | $0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | S | 149.76 | 149.76 | $0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | U | 1,177.23 | 202.84 | $0.00 | 974.39 |
| VANDA, LLC | U | 1,219.82 | 210.18 | $0.00 | 1,009.64 |
| VANDA, LLC | U | 3,388.95 | 583.95 | $0.00 | 2,805.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | DEB. REF | TOTAL |
|---|---|---|---|---|---|
| AMT. ALLOWED | 149.76 | 3,874.00 | 32,830.33 | 5.00 | 36,859.09 |
| PRIN. PAID | 149.76 | 3,874.00 | 5,656.62 | 5.00 | 9,685.38 |
| DIRECT PAY | 0.00 | 0.00 | 0.00 | | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MICHAEL D. BRUCKMAN, ESQ | 0.00 | 0.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| 0.00 | 0.00 | 819.62 | 819.62 |

The Debtor(s) has made all payments as required under the Plan.

Dated: On the same date as reflected on the   /s/ Leigh D. Hart or
Court's Docket as the electronic filing   /s/ William J. Miller, Jr.
date for this document.                    OFFICE OF THE CHAPTER 13 TRUSTEE

CR_208